## No. 17,374.

### NEWMYER *v.* DAVID.
(280 P. [2d] 442)

Decided February 21, 1955.

Mr. JOHN F. MUELLER, for plaintiff in error.

Messrs. SHUTERAN, ROBINSON, HARRINGTON & BANTA, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.